UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOCELYN PIERRE,

                         Plaintiff,

   v.

One Love Animal Hospital, PLLC, and
317 Atlantic Avenue Property, LLC,

                         Defendants.

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Civil Case No.: 1:24-cv-01244-ARR-LKE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jocelyn

Pierre and Defendants 317 Atlantic Avenue Property, LLC, and One Love Animal Hospital,

PLLCby and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with

prejudice, without costs or attorneys' fees, except as otherwise privately agreed between the

parties.

Dated: New York, New York
       March 17 , 2025

**THE MARKS LAW FIRM, P.C.**

By:_____
    Darren R. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
Telephone: (646) 960-7820
Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**DENNIS HAMERNICK, ESQ.**

By:_____
    Dennis Hamernick, Esq.
96 Schermerhorn Street
Brooklyn, New York 11201
Tel: (718) 916-3500
Email:attylawone@aol.com
*Attorneys for317 Atlantic Avenue Property, LLC
and One Love Animal Hospital, PLLC*

So Ordered,

    /s/(ARR)
_____
Allyne R. Ross, U.S.D.J.
3/18/25